UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV24-10448-AS | Date | February 11, 2025 |
|---|---|---|---|
| Title | Wenlong Zhang v. U.S. Citizenship and Immigration Services et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff is ordered to show cause in writing no later than **February 18, 2025**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of the Summons and Complaint.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**